DARREN T. BRENNER, ESQ.
Nevada Bar No. 8386
MATTHEW I. KNEPPER, ESQ.
Nevada Bar No. 12796
AKERMAN LLP
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: darren.brenner@akerman.com
Email: matthew.knepper@akerman.com

*Attorneys for Defendant Synchrony Bank*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TITA C. VILLARUZ,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; ALLIED COLLECTION SERVICES, INC.; BANK OF AMERICA, N.A.; CITIBANK, N.A.; NATIONSTAR MORTGAGE, LLC, and SYNCHRONY BANK/JCPENNY; TOYOTA MOTOR CREDIT CORPORATION,<br><br>　　　　　　　　Defendants. | Case No.: 2:15-cv-01652-JCM-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR SYNCHRONY BANK TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

The parties respectfully submit the following Stipulation to allow Defendant Synchrony Bank thirty additional days from the date of entry of this order to file a responsive pleading. Plaintiff Tita Villaruz (**Plaintiff**) filed her complaint on August 26, 2015. ECF No. 1. Pursuant to Stipulation of the parties, Synchrony Bank shall have until October 22, 2015 to file a responsive pleading.

The parties enter into this stipulation in order to address current time constraints on defense counsel, and provide the parties with additional time to pursue settlement.

{36228596;1}

1  This is the parties first request for an extension.

3  DATED this 21st day of September, 2015.

| **HAINES & KRIEGER, LLC** | **AKERMAN LLP** |
|---|---|
| /S/ *David Krieger* <br> DAVID H. KRIEGER, ESQ. <br> HAINES & KRIEGER, LLC <br> Nevada Bar No, 9086 <br> 8985 S. Eastern Avenue, Suite 130 <br> Las Vegas, NV 89123 <br><br> *Attorneys for Plaintiff* | /s/ *Matthew Knepper* <br> DARREN T. BRENNER, ESQ. <br> Nevada Bar No. 8386 <br> MATTHEW I. KNEPPER <br> Nevada Bar No. 12796 <br> 1160 Town Center Drive, Suite 330 <br> Las Vegas, Nevada 89144 <br><br> *Attorneys for Defendant Synchrony Bank* |

**IT IS SO ORDERED:**

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**

DATED: September 22, 2015

AKERMAN LLP
1160 Town Center Drive, Suite 330
LAS VEGAS, NEVADA 89144
TEL.: (702) 634-5000 – FAX: (702) 380-8572