1  David H. Krieger, Esq.
2  Nevada Bar No. 9086
   HAINES & KRIEGER, LLC
3  8985 S. Eastern Avenue, Suite 350
   Henderson, Nevada 89123
4  Phone: (702) 880-5554
5  FAX: (702) 385-5518
   Email: dkrieger@hainesandkrieger.com
6

7
            **IN THE UNITED STATES DISTRICT COURT**
8           **FOR THE DISTRICT OF NEVADA**

9                                           ) Case No. 2:15-cv-01652-JCM-GWF
                                            )
10 Tita C. Villaruz,                        )
                                            )
11                                          )
              Plaintiff,                    )
12                                          ) **STIPULATION AND ORDER**
   v.                                       ) **DISMISSING ACTION WITH**
13                                          ) **PREJUDICE AS TO BANK OF**
   EXPERIAN INFORMATION                     ) **AMERICA, NATIONAL**
14 SOLUTIONS, INC., ALLIED                  ) **ASSOCIATION ONLY**
   COLLECTION SERVICES, INC.,               )
15 BANK OF AMERICA, NATIONAL                )
   ASSOCIATION, CITIBANK,                   )
16 NATIONAL ASSOCIATION,                    )
   NATIONSTAR MORTGAGE, LLC,                )
17 SYNCHRONY BANK/JCPENNEY,                 )
   TOYOTA MOTOR CREDIT                      )
18 CORPORATION,                             )
19                                          )
              Defendants.                   )
20

21
        Plaintiff Tita C. Villaruz and Bank of America, National Association hereby
22
   stipulate and agree that the above-entitled action shall be dismissed with prejudice
23
   …
24
   …
25
   …

in accordance with Fed. R. Civ. P. 41 (a)(2) as to, and **ONLY as to, Bank of America, National Association**. Each party shall bear its own attorney's fees, prejudgment interest, and costs of suit.

Dated:                December 7, 2015

| By: | By: |
|---|---|
| /s/David H. Krieger, Esq. | /s/Matthew Knepper, Esq. |
| David H. Krieger, Esq. | Matthew Knepper, Esq. |
| Nevada Bar No. 9086 | Akerman, LLP |
| HAINES & KRIEGER, LLC | *Attorney for Defendant* |
| 8985 S. Eastern Avenue | |
| Suite 350 | |
| Henderson, Nevada 89123 | |
| *Attorney for Plaintiff* | |

## ORDER

IT IS SO ORDERED

_____
UNITED STATES DISTRICT JUDGE

DATED: December 9, 2015
       _____